**IT IS ORDERED as set forth below:**



Date: November 12, 2019

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | |
|---|---|
| IN RE:<br>RONNIE SCOTT,<br><br>      Debtor<br>_____ | Chapter 13 Case<br>Number <u>17-10532</u> |
| RONNIE SCOTT,<br><br>      Plaintiff<br><br>v.<br><br>AMERICASH LOANS LLC,<br><br>      Defendant<br>_____ | Adversary Proceeding<br>No. <u>19-01007</u> |

**OPINION AND ORDER**

In this Adversary Proceeding, AmeriCash Loans, LLC ("Americash") filed a Motion to Dismiss for failure to state a

claim and requesting dismissal of this adversary proceeding under the Federal Arbitration Act (9 U.S.C. §1 et seq. ("FAA")). In a prior order, the Court found the matter proper for arbitration and directed that:

> either party may make a demand for arbitration in accordance with the arbitration agreement within 21 days of entry of this order, filing a curtesy copy of the demand with this Court within 3 days of the demand. <u>Should a demand for arbitration not be filed with the Court, this Adversary Proceeding shall be dismissed.</u> If arbitration is pursued, the parties are ORDERED to update the Court within 14 days of the conclusion of the arbitration proceeding.

Dckt. No. 30 (emphasis added). The order was entered on September 26, 2019.

More than 21 days having passed from entry of the order and no demand for arbitration having been filed with the Court, this Adversary Proceeding is ORDERED DISMISSED.

**[END OF DOCUMENT]**